**FILED**
**FEBRUARY 4, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Michael Lyon, as Trustee of the Michael T. Lyon Profit Sharing Plan, and Richard Lane v. Sigmund Eisenchenck, Resource Equities, LLC and Thunder Bay ~~Equities~~ Enterprises, LLC. | **08 C 754** JUDGE ST. EVE MAGISTRATE JUDGE VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Michael Lyon, as Trustee of the Michael T. Lyon Profit Sharing Plan, and Richard Lane

| NAME (Type or print) |
|---|
| Gregory A. McCormick |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Gregory A. McCormick |

| FIRM |
|---|
| Garfield & Merel, Ltd. |

| STREET ADDRESS |
|---|
| 223 W Jackson Suite 1010 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6201621 | (312) 288-0105 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐