AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

Michael Lyon, as Trustee of the Michael T.
Lyon Profit Sharing Plan, and Richard Lane

v.

Sigmund Eisenchenk, Resource Equities LLC
and Thunder Bay Enterprises LLC

CASE NUMBER: **08 C 754**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE ST. EVE
MAGISTRATE JUDGE VALDEZ**

TO: (Name and address of Defendant)

Resource Equities, LLC
c/o Gregg Rzepczynski, reg. agent
175 W. Jackson Blvd.
Suite 1650
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gregory A. McCormick
Garfield & Merel, Ltd.
223 W Jackson, Suite 1010
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

**February 5, 2008**
Date

# Affidavit of Process Server

| Michael Lyon | vs | Sigmund Eisenschenk | 08C754 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I **Aaron Willoughby**
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action

**Service:** I served **Resource Equities**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ **Summons and Complaint**

by serving (NAME) **N-Danielle Washington Authorized To Accept Service**
☐ Home _____
☒ Business **175 W Jackson St Chicago IL 60604 Ste 1650**
☒ on (DATE) **4-25-08** at (TIME) **11:26 AM**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely **N-Danielle Washington**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☐ Evading   ☐ Other: _____
☐ Address Does Not Exist   ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding   ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( _____ ), ( _____ ), ( _____ )
( _____ ), ( _____ ), ( _____ )
DATE TIME

**Description:**
☐ Male   ☐ White Skin   ☒ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'   ☐ Under 100 Lbs.
☒ Female   ☒ Black Skin   ☐ Brown Hair   ☐ Balding   ☒ 21-35 Yrs.   ☐ 5'0"-5'3"   ☐ 100-130 Lbs.
☐ Yellow Skin   ☐ Blond Hair   ☐ 36-50 Yrs.   ☒ 5'4"-5'8"   ☒ 131-160 Lbs.
☐ Brown Skin   ☐ Gray Hair   ☐ Mustache   ☐ 51-65 Yrs.   ☐ 5'9"-6'0"   ☐ 161-200 Lbs.
☐ Glasses   ☐ Red Skin   ☐ Red Hair   ☐ Beard   ☐ Over 65 Yrs.   ☐ Over 6'   ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois   County of Cook

SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me, a notary public, this **25** day of **April**, 20**08**

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.