IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ILLINOIS
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL LYON, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SIGMUND A. EISENSCHENK, et al., )<br>)<br>Defendants. ) | Case No. 08 C 754<br><br>The Honorable Amy J. St. Eve |

**NOTICE OF MOTION and PROOF OF SERVICE**

TO:   Gregory A. McCormick, Esq.
      Garfield & Merel, Ltd.
      223 West Jackson Boulevard
      Suite 1010
      Chicago, IL 60606

PLEASE TAKE NOTICE that on **June 3, 2008** at **8:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned shall appear before **Judge Amy St. Eve, Courtroom 1241**, United States District Court for the Northern District of Illinois, Eastern Division, and then and there present **DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**, a copy of which is attached hereto and served upon you.

Respectfully submitted,

Sigmund Eisenschenk, Resource Equities, LLC and
Thunder Bay Enterprises, LLC

By:   /s/ Daniel C. Curth
      One of their attorneys

Leland W. Hutchinson (ARDC #1294873)
Daniel C. Curth (ARDC #6229090)
FREEBORN & PETERS LLP
311 South Wacker Drive
Suite 3000
Chicago, IL  60606
(312) 360-6000

- 2 -

## PROOF OF SERVICE

I hereby certify that on **May 27, 2008**, I electronically filed **DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gregory A. McCormick, Esq.
Garfield & Merel, Ltd.
223 West Jackson Boulevard
Suite 1010
Chicago, IL 60606

A copy of **DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION** was also served via U.S. mail, postage prepaid, by placing a copy of same in the mail box located at 311 South Wacker Drive, Suite 3000, Chicago, Illinois 60606, this **27th** day of **May, 2008.**

/s/ Daniel C. Curth

1546372v1/26200-0005