STATE OF ILLINOIS )
) SS.:
COUNTY OF COOK )

## CERTIFICATE OF SERVICE

I, Gregory A. McCormick, on oath state I am the attorney of record for the Plaintiffs and served the foregoing Response to the person named below via ECF and by mail to the following Service List by depositing the foregoing in the United States mail at 223 W. Jackson Boulevard, Chicago, IL before 5:00 p.m. on this 27th day of June, 2008.

S/Gregory A. McCormick
Gregory A. McCormick

## SERVICE LIST

Edward W. Hutchinson
Daniel G. Garth
Freeborn & Peters
Suite 3000
311 South Wacker Drive
Chicago, IL 60606