IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL LYON, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 08 C 754 |
| v. | ) |
| | ) The Honorable Amy J. St. Eve |
| SIGMUND A. EISENSCHENK, et al., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF FILING and PROOF OF SERVICE**

I hereby certify that on **August 6, 2008**, I electronically filed **DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gregory A. McCormick, Esq.
Garfield & Merel, Ltd.
223 West Jackson Boulevard
Suite 1010
Chicago, IL 60606

A copy of **DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' COMPLAINT** was also served via U.S. mail, postage prepaid, by placing a copy of same in the mail box located at 311 South Wacker Drive, Suite 3000, Chicago, Illinois 60606, this **6th** day of **August, 2008.**

Respectfully submitted,

Sigmund Eisenschenk, Resource Equities, LLC and
Thunder Bay Enterprises, LLC

By: /s/ Daniel C. Curth
One of their attorneys

Leland W. Hutchinson (ARDC #1294873)
Daniel C. Curth (ARDC #6229090)
FREEBORN & PETERS LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606
(312) 360-6000

1546378v3/26200-0005